1    Robert J. Miller, Esq. (#013334)
     Bryce A. Suzuki, Esq. (#022721)
2    **BRYAN CAVE LLP**
3    Two North Central Avenue, Suite 2200
     Phoenix, Arizona  85004-4406
4    Telephone:    (602) 364-7000
     Facsimile:    (602) 364-7070
5    Internet:  rjmiller@bryancave.com
6                 bryce.suzuki@bryancave.com
7
     Proposed  Bankruptcy  Counsel  for  Peter
8    S. Davis, Estate Representative

9              **IN THE UNITED STATES BANKRUPTCY COURT**

10                 **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 11  In re:  | Chapter 11 |
| 12  GLOBAL GROUNDS GREENERY, | Case No. 2:06-bk-01701-RJH |
| 13  L.L.C., | Case No. 2:06-bk-01702-RJH |
|  | Case No. 2:06-bk-01718-SSC |
| 14                  Debtor. | Case No. 2:06-bk-01741-SSC |
|  This filing applies to: | Case No. 2:06-bk-01743-JMM |
| 15 | Case No. 2:06-bk-01744-GBN |
| 16          ☒     ALL DEBTORS | Case No. 2:06-bk-01758-CGC |
|             ☐     SPECIFIED DEBTORS |  |
| 17 | Jointly Administered Under Case No. |
| 18 | 2:06-bk-01701-RJH |
| 19 | **APPLICATION FOR AN ORDER** |
| 20 | **AUTHORIZING AND APPROVING** |
|  | **THE EMPLOYMENT OF SIMON** |
| 21 | **CONSULTING, LLC AS** |
|  | **ACCOUNTING CONSULTANT TO** |
| 22 | **THE ESTATE REPRESENTATIVE** |
| 23 |  |
| 24 | Hearing Date:  N/A |
| 25 | Hearing Time:  N/A |

26          This  Application  is  submitted  by  Peter  S.  Davis,  in  his  capacity  as  the  Estate

27   Representative  for  Global  Grounds  Greenery,  L.L.C.,  Peak  Enti,  L.L.C.,  Enti,

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA  85004-4406
(602) 364-7000

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1  Incorporated, Entertainment 2000, L.L.C., Enti Capital, LLC, Sierra Vista 3033, L.L.C.,

2  and WJG-038 Trust, the debtors in the above-referenced jointly-administered Chapter 11

3  cases (the "Estate Representative" and the "Debtors" respectively).    The Estate

4  Representative hereby requests entry of an Order approving his retention of Simon

5  Consulting, L.L.C. ("SCLLC") as accounting consultant for the Estate Representative in

6  the Debtors' jointly-administered cases, nunc pro tunc to July 15, 2006.  This Application

7  is supported by the Affidavit of Peter S. Davis, filed contemporaneously herewith (the

8  "Affidavit"), which Affidavit is incorporated herein by this reference.  In support of this

9  Application, the Estate Representative states as follows:

10      **I.      JURISDICTION AND VENUE**

11      1.      On June 8, 2006, (the "Petition Date"), Global Grounds Greenery, L.L.C.

12  and Peak Enti, L.L.C. filed with this Court their voluntary petitions for relief under

13  Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  On June 9,

14  2006, Enti, Incorporated filed its voluntary petition for relief under the Bankruptcy Code.

15  On June 13, 2006, Entertainment 2000, L.L.C., Enti Capital, LLC, and Sierra Vista 3033,

16  L.L.C. filed their voluntary petitions for relief under the Bankruptcy Code.  On June 14,

17  2006, WJG-038 Trust filed its voluntary petition for relief under the Bankruptcy Code.

18      2.      On June 27, 2006, the Court entered its Order for Joint Administration of

19  these estates.

20      3.      On July 21, 2006, the Court entered its "Order Regarding Cross-Motions

21  for Turnover Under Section 543 of the Bankruptcy Code and Other Related Matters" (the

22  "Order").    Among other things, the Order designated the undersigned as the

23  representative of the Debtors' estates and an "other person in control" of the Debtors'

24  estates within the meaning of Rule 9001(5) of the Federal Rules of Bankruptcy

25  Procedure, effective July 15, 2006.

26      4.      This Court has jurisdiction to consider this Application pursuant to 28

27  U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

28

552884 [0200694]

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1 Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory

2 predicates for relief sought herein are sections 327 and 330 of the Bankruptcy Code.

3        **II.**       **RETENTION OF SIMON CONSULTING, INC.**

4        5.       The Estate Representative requests that the Court authorize him to employ

5 and retain SCLLC effective as of July 15, 2006, to perform accounting consulting and

6 advisory services to assist him in the performance of his duties.

7        6.       The Estate Representative requires substantial and continuing professional

8 services in the area of accounting and accounting reconstruction matters and consulting

9 services.

10        7.       The Estate Representative believes that SCLLC is both well qualified and

11 uniquely able to assist him in these Chapter 11 proceedings in an efficient and timely

12 manner. SCLLC has a wealth of experience in providing accounting advisory services in

13 restructurings and reorganizations and enjoys an excellent reputation for services it has

14 rendered in Bankruptcy Court and State Court cases on behalf of estates and receivers.

15        8.       The professional services that SCLLC will render to the Estate

16 Representative may include, but are not limited to, the following:

17              (i)       Assist in analyzing the business records, properties, and

18 financial condition of the Debtors;

19              (ii)      Assist with the disposition of the Debtors' assets;

20              (iii)     Assist with the preparation and compilation of information

21 necessary for the Estate Representative's negotiations with interested third parties,

22 creditors, and equity holders as well as attend related meetings with any constituency and

23 their respective advisors;

24              (iv)     Assist in the preparation of financial information for

25 distribution to creditors and other parties in interest, including cash receipts and

26 disbursements analysis, legal entity financial statements, analysis of various asset and

27

28

552884 [0200694]

liability accounts, and analysis of proposed transactions for which Bankruptcy Court approval is sought;

(v)     Assist in the preparation of monthly operating reports and amended schedules and statements of financial affairs.

(vi)     Assist in the analysis of creditor claims by type and entity;

(vii)    Assist in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

(viii)   Provide litigation consultation services and expert witness testimony if requested by the Estate Representative;

(ix)     Any other tasks and services that the Estate Representative may require in the administration of his duties.

### III.    SCLLC'S DISINTERESTEDNESS

9.     SCLLC has informed the Estate Representative that, except as may be set forth in the Verified Statement of Peter S. Davis, SCLLC (i) has no connection with the Debtors, their creditors or other parties in interest in these Chapter 11 cases, (ii) does not hold or represent any interest adverse to the Debtors' estates, and (iii) believes it is a "disinterested person" as defined within Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

### IV.    TERMS OF RETENTION

10.    The Estate Representative understands that SCLLC intends to apply to the Court for allowances of compensation and reimbursement of costs, disbursements, and expenses for accounting advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of the Court and guidelines established by the United States Trustee. The customary compensation rates for the SCLLC personnel expected to be assigned to render services on my behalf are $205 for services that I perform and $85-150 for services performed by others associated with SCLLC. The hourly rates set forth above

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

552884 [0200694]

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1 are for the year 2006 and are subject to periodic increases in the normal course of

2 SCLLC's business, due to, among other things, the increased experience of a particular

3 professional.

4    WHEREFORE, the Estate Representative respectfully requests that the Court enter

5 an Order approving the retention of SCLLC as accounting consultant for me in my

6 capacity as Estate Representative effective as of July 15, 2006 and under the terms set

7 forth herein.

8    RESPECTFULLY SUBMITTED this 28th day of July, 2006.

9

10                                    /s/ Peter S. Davis
                                    Peter S. Davis, Estate Representative

11

12 PREPARED AND SUBMITTED BY:

13 BRYAN CAVE LLP

14

15 By:   /s/ BAS, #022721
        Robert J. Miller

16     Bryce A. Suzuki
       Proposed Bankruptcy Counsel for the Estate

17     Representative in the Debtors' Chapter 11 cases

18

19 COPY of the foregoing served via
   e-mail this 28th day of July, 2006, upon:

20

21 C. Taylor Ashworth
   Alan A. Meda

22 Stinson Morrison Hecker LLP

23 1850 N. Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4584

24 tashworth@stinsonmoheck.com

25 ameda@stinsonmoheck.com
   Attorneys for Debtors

26

27

28

552884 [0200694]



1  Jonathan E. Hess
2  Office of the United States Trustee
   230 N. First Avenue, Suite 204
3  Phoenix, Arizona 85003-1706
4  jon.e.hess@usdoj.gov

5
        /s/ Sally Erwin
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

552884 [0200694]

6